IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2019

JEFFREY P. COLWELL
CLERK

Civil Action No. _____ (To be supplied by the court)

Timothy W. Krebs _____ (Plaintiff)

V.

Weld County Jail, Weld County Sheriff,

_____

_____

_____ (Defendant(s))

PRISONER COMPLAINT

1/7

A.  PLAINTIFF INFORMATION

Timothy W. Krebs #132494; 2110 "O" Street Greeley, Co. 80631
(Name, Prisoner Identification Number, and complete mailing address)

Tikka Serenity Krebs
(Other Names by Which you have been Known)

Indicate whether you are a prisoner or other confined person as follows (Check one)

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other (Please explain) _____

B.  DEFENDANT(S) INFORMATION

Defendant 1  Weld County Jail; Weld County Sheriff 1950 "O"
Street, Greeley CO 80631

At the time of the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? [X] Yes [ ] No (Check one) Briefly explain

Deputies and other staff in the Weld County Jail

Defendant 1 is being sued in his/her ___ Individual and/or [X] official capacity

2/7

C. JURISDICTION
Indicate the Federal legal basis for your claim(s) (check all that apply)

[X] 42 U.S.C. § 1983 (State, County, and municipal defendants)

[ ] Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics 403 U.S. 388 (1971) (Federal defendants)

[ ] Other (please specify) _____

D. STATEMENT OF CLAIM(S)

CLAIM ONE: Segregation, Harassment, and Discrimination based on Gender Identity.

Supporting Facts: I have had multiple instances where there has been clear discrimination based on my Gender Identity, Transgender-Female, as can be outline by the pattern in the Grievances. Upon requesting and receiving video footage and other documentation from this Jail, Primarily write up information, Investigative files pertaining to myself from the PREA Investigator SGT Todd, Evidence will 100% show the validity of the Discriminatory Nature of the deputies here in Weld County Jail, as well as my attempts to resolve this in the easiest manner.

Fact 1: 8-5-2019 unit 4 approximately 10:00 pm I was verbally harassed by a Deputy, Deputy Hemphill, and the only person to receive a write up out of the entire incident. Deputy Hemphill was allegedly reprimanded for verbally harassing me when he told me to "Shut the F*** up" when I asked him to talk to me in a respectful manner. Grievance #53448.

Fact 2: On 10-1-2019 unit 5 approximately 9:30 pm while going to the outside recreation area, Deputy O'brien pat searched the upper portion of my Body even though my Case plan, which is the Code of Conduct and Guidlines on how to treat my Person being Transgender, clearly says that a male is not to physically search my upper Body, Thus Comitting an act of Sexual Assault/misconduct when I told him to stop and he continued to pat search my Breast area. Grievance #54732.

Fact 3: 10-17-19 unit 2 Approximately 6:45 pm cell 104 Deputy Engelhart discriminates against me when she tells me to put a shirt on while I am in my cell with the door closed and secure and in my Bra and Orange pants. There is nothing pertaining to this in the inmate handbook regarding this and was clearly Harassment. Grievance #55251

Continued
3/7

### D. STATEMENT OF CLAIM(S) Continued

**Fact 4:** SGT Todd dismissed the PREA Incident with deputy O'brien on 10-1-2019 as not PREA even though he allegedly reprimanded deputy O'brien for sexual misconduct.

**Fact 5:** Further, for the most of my duration here I have been segregated from the general population inmates by being forced to live in a single cell right next to the deputies desk. This clearly marks me for discrimination and harassment from not only the inmates but the deputies as well. I am also only allowed to shower at the deputies discretion during lockdown with the lights off where every general population inmate can shower at their leisure and want. This again segregates me and marks me for discrimination. My "Case Plan" in and of itself marks me for segregation, harassment and discrimination from the deputies and inmates. Due to the mental and emotional abuse and stress I am back on medication for anxiety and sever depression.

I apologize to the courts for my poor penmenship as well as non straight lines. This facility does not provide any real legal materials or copies, as far as I have been able to get at this point.

I do have many more supporting facts but I do not wish to overburden the court and can have all materials ready upon a hearing or request.

I would also like to say that I never requested nor agreed to be put on the "Case Plan" mentioned in Fact 5 and have tried to get copies for the court but have been denied. I have the request to reflect this. By suppressing the equal protection clause of the Constitution which states anywhere it is legal for a man to appear in public topless, it is legal for a woman to do the same, the deputies of the weld county jail have further subjected me to being discriminated against, segregated and harassed. Main supporting facts are Fact 3 Grievance Number 55251, additionally Grievance Number 53947 where I was denied the right to work out in the Airpod while in my sports bra while males may work out with no shirt on.

E. PREVIOUS LAWSUITS.

Have you ever filed a lawsuit other than this one, in any Federal or State court while you were incarcerated? ___ Yes X No (Check one)

F. ADMINISTRATIVE REMEDIES

Is there a formal grievance procedure at the Institution in which you are confined?

X Yes ___ No (check one)

Did you exhaust administrative Remedies?

X Yes X No (check one); There are multiple Grievances

G. REQUEST FOR RELIEF?: I am requesting as relief $300 (three hundred dollars) per day that I have been Incarcerated in this facility and have been subjected to the segragation, discrimination, and harassment from the deputies of the Weld County Jail/Weld County Sheriffs Department. Though there is no real relief for the emotional and mental abuse I have and am Enduring.

In addition to the above mentioned relief I am requesting the sum of $100,000 (one Hundred Thousand) Dollars For the Continued violation of my Constitutional rights under the Equal Protection Claus and the 14th amendment.

## H. PLAINTIFF'S SIGNATURE

I declaire under penalty of Perjury That I am the plaintiff in this action that I have Read this Complaint, and that the information in this complaint is True and correct to the best of my Knowledge

Under Federal rule of Civil Procedure 11, by Signing below, I also certify to the best of my Knowledge, Information, and belief that this complaint: (1) is Not being presented for an improper Purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a NonFrivolous argument for extending or modifying existing law; (3) The Factual contentions have evidentiary support, or, if specifically so identified will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) The complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

November 8th 2019
(Date)

CERTIFICATE OF SERVICE

I hearby Certify that a copy of the Forgoing pleading/document was mailed to: Weld County Sheriff (Defendant of Council for Defendant) at: 1950 "O" Street Greeley, CO. 80631

ON: November 8th 2019
      (month)   (Day) (Year)

_____
(Plaintiff's original signature)

7/7

U.S. POSTAGE >> PITNEY BOWES
$ 000.80
ZIP 80631
02 4W
0000335769 NOV 12 2019

LEGAL

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, Co. 80294-3587

Inmate Name Timothy Krebs #132494
Weld County Jail
2110 "O" Street
Greeley, CO 80631