| District Court<br>Clerk of the Court<br>Alfred A. Arraj united states courthouse<br>901 19th street, room A105<br>Denver, Co. 80294 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br>**DEC 18 2019**<br>JEFFREY P. COLWELL<br>CLERK |
|---|---|
| Krebs<br>V.<br>Steve Reams Weld County Sheriff and the Deputies of the Weld County Sheriffs office | ↑ COURT USE ONLY ↑ |
| Timothy W. Krebs #132494<br>Weld County Jail<br>2110 "O" Street<br>Greeley, Co. 80631 | Case Number: 1:19-CV-03233 |

## MOTION: Requesting Court Order.

I, Timothy Krebs the Plaintiff, hereby do respectfully request this honorable Court to issue a Court order Directing the defendant to immediatly relinquish a true and unaltered copy of the administrative note known as "The Case Plan" to 1: This honorable court, and 2: The plaintiff Timothy Krebs. I leave this Facility the 23rd of December and Fear It will be altered or Destroyed.

Respectfully Submitted this 13 day of December 2019

Date: 12-13-19.

Timothy Krebs

Timothy Krebs #132494
Weld County Jail
2110 "O" Street
Greeley, Co. 80631

## Certificate of Service

I hereby do Certify that on this Date: **Dec 13 2019** a true and accurate Copy of this: **Motion Requesting Court Order** was mailed to the Defendant(s): **Steve Reams Weld County Sheriff and the Deputies of the Weld County Sheriffs Office**

At the Following address: **1950 "O" Street, Greeley, Co. 80631**

_____ by placing it in the mail through the legal mail system of the Weld County Jail

Date: Dec 13, 2019

_Timothy Krebs_

Timothy Krebs #132494
Weld County Jail
2110 "O" Street
Greeley, Co. 80631.

Inmate Name Timothy Krebs #132494
Weld County Jail
2110 "O" Street
Greeley, CO 80631

LEGAL

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, Co. 80294

U.S. POSTAGE >> PITNEY BOWES
ZIP 80631
02 4W
0000335769 DEC 16 2019
$ 000.50